No. 793. KINGSTON *v.* AMERICAN CAR & FOUNDRY CO. ET AL.  April 11, 1932.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Jacob Chasnoff* and *George C. Willson* for petitioner.  *Messrs. Wm. R. Gentry* and *Noah A. Stancliffe* for respondents.

No. 744. JOHN WANAMAKER NEW YORK, INC., *v.* COMFORT ET AL.  April 11, 1932.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  Mr. Justice Roberts took no part in the consideration or decision of this application.  *Mr. W. K. Miller* for petitioner.  *Messrs. Boykin Wright, A. Pratt Adams,* and *Lansing B. Lee* for respondents.